Macys American Express
PO Box 183083
Columbus  OH  43218


ACB Recovery
PO Box 177
Cincinnati  OH  45201


ACC International
ACC Building
919 Estes Ct.
Schaumburg  IL  60193


Afni Inc.
1310 Martin Luther King Dr.
PO Box 3517
Bloomington IL 61702


Afni, Inc
1310 MLK Drive
PO Box 3517
Bloomington,   IL 61702-3517


Allied Interstate
3000 Corporate Exchange Dr.
5th Floor
Columbus  OH  43231


Allied Interstate Inc.
3000 Corporate Exchange Dr.
5th Floor
Columbus  OH  43231


ARS National Services
PO Box 463023
Escondido  CA  92046


Aspire
PO Box 105341
Atlanta  GA  30348

Aspire Visa
PO Box 23007
Columbus  GA   31902


Asset Acceptance LLC
PO Box 2036
Warren  MI
48090-2036


Asset Acceptance, LLC
PO Box 2036
Warren  MI  48090-2036


Atlantic Credit and Finance Inc.
3353 Orange Ave. NE
Roanoke  VA   24012


Auto Owners Insurance Co,
600 Tollgate Rd.
Elgin  IL   60123


Best Buy
PO Box 15521
Wilmington,  DE 19850-5521


BestPractices of Northwest, SC
PO Box 758682
Baltimore  MD   21275


Blatt, Hasenmiller, Leibsker & Moore
125 S. Wacker Dr.
Suite 400
Chicaqgo  IL   60606-4440


Blatt, Hasenmiller, Leibsker & Moore LLC
125 South Wacker Dr.  Suite 400
Chicago,  IL 60606-4440

Bowman, Heintz, Boscia, & Vician
Attorneys at Law
8605 Broadway
Merrillville IN   46410

Capital Management Services LP
726 Exchange St.   Suite 700
Buffalo   NY   14210

CBE Group
1309 Technology Pkwy.
Cedar Falls IA   50613

Central Credit Services
PO Box 15118
Jacksonville   FL   32239

Chase
Card Member Services
PO Box 15153
Wilmington DE 19886-5153

Chrysler Financial
PO Box 2993
Milwaukee   WI   53201

Citibank
225 West Virginia Street
Crystal Lake   IL   60014

Citibank of South Dakota
701 E. 60th Street
Sioux Falls   SD   57104

Citibank SD,NA
PO Box 6241 Sioux Falls   SD
57117-6241

Client Services Inc.
3451 Harry S. Truman Blvd.
St. Charles  MO  63301


Coastal Financial, Inc.
PO Box 7371
Algonquin, IL 60102


ComEd
PO Box 6111
Carol Stream  IL  60197-6111


Country Financial
PO Box 2100
Bloomington IL  61702


Creditors' Protection Service
202 W. State Street, Ste. 300
PO Box 4115
Rockford, IL 61110-0616


Crusader Clinic
401 Division Street
Rockford  IL  61104


Crusader Clinic
1200 W. State St.
Rockford  IL  61102


CU Recovery Inc.
26263 Forest Blvd.
Wyoming  MN  55092


Department Stores National Bank
701 East 60th St.
Sioux Falls,  SD 57104

Department Stores Natl Bank
701 E. 60th Street
Sioux Falls  SD  57104

Direct TV
PO Box 78626
Phoenix, AZ 85062-8626

DirectTV
PO Box 78626
Phoenix  AZ  85062

Diversified Services Group
1824 West Grand Avenue, Suite 200
Chicago,  IL 60622

DSNB
3515 Shadowmeadows Dr.
Houston  TX
77082

Enhanced Recovery Company, LLC
8014 Bayberry Rd.
Jacksonville  FL  32256-7412

Equable Ascent Financial LLC
1120 W. Lake Cook Rd. St.
Buffalo Grove  IL  60089

Fahey Medical Center, SC
581 Golf Rd.
Des Plaines, IL 60016

Family Chiropractic Health Cnt
1002 Rohlwing Rd.
Elkgrove IL  60007

First Financial Asset
PO Box 56245
Atlanta  GA  30343


First National Collection Bureau
610 Waltham Way
Sparks  NV  89434


First Northern Credit Union
230 W. Monroe St.
Suite 2850
Chicago  IL  60606


First Source Advantage LLC
205 Bryant Woods South
Amherst  NY  14228


First USA
PO Box 15548
Wilmington DE 19886


Firstsource Advantage, LLC
205 Bryant Woods South
Amherst  NY  14228


Focus Receivables Management
1130 Northchase Parkway
Suite 150
Marietta,  GA 30067


Frontier
PO Box 2951
Phoenix  AZ  85062


Frontline Asset Strategies LLC
1935 West County Rd. B2
Suite 425
Roseville MN 55113-2797

GE Capital Retail Bank/JC Penny
PO Box 965004
Orlando  FL  32896-5004


GE Money Bank
PO Box 960061
Orlando  FL  32896


General Motors Acceptance Corp.
3885 Crestwood Pkwy. NW
#200
Duluth  GA  30096


Gibson and Sharp
9390 Bunsen Pkwy.
Louisville  KY  40220


GS Services Limited  Partnership Collect
Po Box 3232
Houston,  TX 77253


Harris & Harris, LTD
222 Merchandise Mart Plazxa
Suite 1900
Chicago  IL  60654


Heritage Credit Union
1212 Huxley St.
Madison  WI 53704


Home Depot Credit Services
Processing Center
Des Moines  IA  50364


GEMoney Bank
PO Box 960061
Orlando  FL  32896

Homeward Residential Inc.
PO Box 660029
Dallas  TX  75266-0029


HSBC Bank Nevada, N.A.
1111b N. Town Center Dr.
Las Vegas  NV  89134


HSBC Card Services
PO Box 17051
`Baltimore  MD 21297


HSBC Card Services/ Orchard Bank
PO BOx 17051
Baltimore,  MD  21297-1051


HSBC Retail Services
PO Box 17298
Baltimore  MD 21297


I.C. System, Inc.
444 Highway 96 East
PO Box 64887
St. Paul MN


ICS Collectio Systems
PO Box 1010
Tinley Park  IL  60477-9110


Infinity Ins. Co.
PO Box 830807
Birmingham  AL  35283


Integrity Financial Partners Inc.
4370 W. 109th St.  Ste. 100
Overland Park  KS  66211

J C Penney
PO Box 960090
Orlando  FL  32896


J C Penney Consumer
7200 Harrison Ave.
Unit 2
Rockford  IL
61112


J.C. Christensen & Associates, Inc
PO Box 519
Sauk Rapids,  MN 56379


J.P. Morgan Chase
270 Park Ave.
New York NY  10017


JC Penney
POBox 960090
Orlando  FL
32896


Krammer & Associates
PO Box 505
Linded, MI 48451-0505


Leading Edge Recovery Solutions
5440 N. Cumberland Ave.
Suite 300
Chicago  IL  60656


Loyola Medicine
Loyola University Medical Center
PO Box 3266
Milwaukee  WI  3266


Loyola Univ. Physicians Foundation
2 Westbrook Corporate Center
Westchester  IL  60154-5702

Loyola University Health System
LUMC Patient Payments
PO Box 3021
Milwaukee  WI  53201-3021


LTD Financial Services, L.P.
7322 Southwest Frwy, Ste. 1600
Houston,  Texas 77074


LVNV
3000 Corporate Exchange Dr.
5th floor
Columbus  OH  43231


LVNV Funding LLC
PO Box 10497
Greenville  SC
29603


LVNV Funding LLC
PO Box 10497
Greenville SC  29603-0497


Macys
PO Box 183084
Columbus  OH  43218-3084


Macys
PO Box 183083
Columbus  OH  43218


Macy's
7200 Harrison Ave.
Rockford  IL  61112


Mark D. Gendleman M.D. SC
2500 Ridge Ave.  Ste. 103
Evanston  IL  60201

Medco Financial Associates, Inc.
PO Box 525
Gurnee, IL 60031


Midland Credit Management
8875 Arrow Dr.  Ste. 200
San Diego  CA 92123-2255


Midland Funding  LLC
8875 Aero Dr.
Suite 200
San Diego  CA  92123


MiraMed Revenue Group
991 Oak Creek Dr.
Lombard  IL
60148-6408


Mutual Management
401 E State St.  2nd FL
PO Box 4777
Rockford,  IL 61110


Mutual Management Services
401 E. State St.
2nd floor
PO Box 4777
Rockford  IL  61110


National Credit Adjusters
PO Box 3023
327 W. 4th St.
Hutchinson  KS 67504-3023


NCO Financial Systems Inc.
507 Prudential Rd.
Horsham  PA  19044


Neiman Marcus/ HSBC
PO Box 5235
Carol Stream, IL 60197-5235

NES OF OHIO
29125 Solon Road
Solon,   OH  44139-3422


Nicor Primes Hvac
PO Box 3042
Naperville  IL  60506


Nordstrom Bank-VISA
PO Box 79137
Poenix,  AZ 85062-9137


Nordstrom FSB
PO Box 13589
Scottsdale  AZ  85267


Northland Group Inc.
PO Box 390846
Edina  MN 55439
Mail code SK110


Northland Group Inc.
PO Box 390846
Edina  MN  55439
Mail Code SK110


Northland Group Inc.
PO Box 390846
Minneapolis,  MN  55439


Northwest Community Hospital
PO Box 95698
Chicago,  IL 60694-5698


Omni Credit Services if Florida, Inc
PO Box 31179
Tampa, FL 33631

Omni Credit Services of Florida, Inc..
PO Box 31179
Tampa  FL  33631


OSF Lifeline Ambulance
318 Roxbury Rd
Rockford  IL  61107-5090


OSF St. Anthony Medical Center
5510 E. State Street
Rockford IL  61108-2381


Portfolio Recovery Associates LLC
PO Box 12914
Norfolk,  VA 23541


Portfolio Recovery Associates, LLC
120 Corporate Blvd., Ste. 1
Norfolk  VA 23502


Providian Bank
5215 Wiley Post Way
Salt Lake City  UT
84116


Rockford  Radiology
PO Box 1790
Brookfield  WI  53008-1790


Rockford Anesthesiologists
2202 Harlem Rd.
Suite 200
Loves Park  IL  61111


Rockford Mercantile Agency, Inc.
2502 S. Alpine Rd.
Rockford, IL 61108

Rockford Mercantile Agency, Inc.
2502 S. Alpine Road
Rockford  IL  61108

Rolling Meadows Fire Dept.
PO Box 457
Wheeling,  IL 60090-0457

AGSO  Ronald W. Miller
3633  W. Lake Street
Glenview,  IL 60025

Sears Credit Cards
PO Box 183081
Columbus,  OH 43218-3081

Sears Master Card
PO Box 6282
Sioux Falls SD 57117-6282

IL Dept. of Transportation
Accident Report Office
1340 N. 9th Street
Springfield  IL  62766-0001

Sentry Credit, Inc.
2809 Grand Ave.
Everett,  WA 98201

Square Two Financial
4340 S. Monaco St.
Denver  CO  80237

Stoneleigh Recovery Associates
PO Box 1479
Lombard  IL  60148

Swedish American Hospital MSO
2550 CharlesStreet
Rockford,  IL 61108


Swedish American Medical Group
PO Box 1567
Rockford  IL  61110-0067


Swedish American Medical Group
PO Box 1567
Rockford,  IL 61110-0067


T.L. Thompson & Associates Inc.
PO Box 496149
Garland  TX  75049


Take Care Health Systems
Suite 101
4165 30th Avenue S.
Fargo  ND  58104-8419


Toraason Dental Associates LTD
3703 West Lake Ave.
Suite 100
Glenview  IL  60026


Transworld Systems
Regional Office
950 Office Park Rd. #306
West Des Moines IA


Transworld Systems Inc.
9525 Sweet Valley Dr.
Valley View  OH
44125


United Collection Bureau Inc.
5620 Southwyck Blvd.
Suite 206
Toledo,  Ohio  43614

United Collection Bureau, Inc.
5620 Southwyck Blvd.
Suite 206
Toledo,  OH 43614


United Recovery Systems
PO Box 722929
Houston  TX  77272


US Bank
Cardmember Services
PO Box 108
St. Louis  MO  63166-9801


Virtuoso Sourcing Group
3033 S. Parker Rd. Ste.1000
Aurora, CO  80014-2929


Von Maur
6565 Brady St.
Davenport  IA  52806-2054


Washington Mutual Payment Processing
PO Box 660548
Dallas  TX  75266


Weltman, Weinberg, and Reis Co LPA
180 N. LaSalle St.  Suite 2400
Chicago  IL  60601


Weltman, Weinberg, and Reis Co.,LPA
965 Keynote Circle
Brooklyn Heights  OH  44131


Wilbur Lane Law Firm
PO Box 2155
816 Eldorado Rd. Ste 7
Bloomington  IL 61702

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF ILLINOIS

In Re:                                         Bankruptcy Case Number: _____

**Rosario Vera**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____

The above named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Dated:  **2/28/2013** _____          **s/ Rosario Vera** _____

                                        **Rosario Vera**

                                             Debtor

                                        **s/** _____

                                            Joint Debtor

| United States Bankruptcy Court<br>Northern District of Illinois | **Voluntary Petition** |
| --- | --- |

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Vera, Rosario** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| --- | --- |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more<br>than one, state all): **6210** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than<br>one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**1920 Cloverdale Way**<br>**Belvidere IL**          ZIP CODE **61008** | Street Address of Joint Debtor (No. & Street, City, and State):          ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Boone** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):          ZIP CODE | Mailing Address of Joint Debtor (if different from street address):          ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):          ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check **one** box.) | Nature of Business<br>(Check **one** box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check **one** box) |
| --- | --- | --- |
| ☑ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11<br>U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☑ Chapter 7          ☐ Chapter 15 Petition for<br>☐ Chapter 9          Recognition of a Foreign<br>                              Main Proceeding<br>☐ Chapter 11       ☐ Chapter 15 Petition for<br>☐ Chapter 12          Recognition of a Foreign<br>☐ Chapter 13          Nonmain Proceeding |

| Chapter 15 Debtors<br><br>Country of debtor's center of main interests:<br>_____<br>Each country in which a foreign proceeding by, regarding,<br>or against debtor is pending: | Tax-Exempt Entity<br>(Check box, if applicable)<br><br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code.) | Nature of Debts<br>(Check one box)<br><br>☑ Debts are primarily consumer        ☐ Debts are primarily<br>debts, defined in 11 U.S.C.              business debts.<br>§ 101(8) as "incurred by an<br>individual primarily for a<br>personal, family, or house-<br>hold purpose." |
| --- | --- | --- |

| Filing Fee (Check one box) | Chapter 11 Debtors |
| --- | --- |
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach<br>signed application for the court's consideration certifying that the debtor is<br>unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to<br>insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on<br>4/01/13 and every three years thereafter).*<br>Check all applicable boxes<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes<br>of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR<br>COURT USE ONLY |
| --- | --- |
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative<br>expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than $1<br>billion |

Estimated Liabilities

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than $1<br>billion |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Rosario Vera,** |

| All Prior Bankruptcy Cases Filed Within Last 8 Years *(If more than two, attach additional sheet.)* | | |
|---|---|---|
| Location Where Filed: **NONE** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor *(If more than one, attach additional sheet)* | | |
|---|---|---|
| Name of Debtor: **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts) |
| | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐  Exhibit A is attached and made a part of this petition. | X  **s/Laura L McGarragan**        **2/28/2013** |
| | Signature of Attorney for Debtor(s)          Date |
| | **Laura L McGarragan**            **6199753** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

☑  No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑  Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☑  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s) |
|---|---|
| *(This page must be completed and filed in every case)* | Rosario Vera, |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |
| X **s/ Rosario Vera**<br>Signature of Debtor   **Rosario Vera** | X **Not Applicable**<br>(Signature of Foreign Representative) |
| X **s/**<br>Signature of Joint Debtor | |
| <br>Telephone Number (If not represented by attorney) | (Printed Name of Foreign Representative) |
| **2/28/2013**<br>Date | <br>Date |

| **Signature of Attorney** | **Signature of Non-Attorney Petition Preparer** |
|---|---|
| X **s/Laura L McGarragan**<br>Signature of Attorney for Debtor(s)<br><br>**Laura L McGarragan  Bar No.  6199753**<br>Printed Name of Attorney for Debtor(s) / Bar No.<br><br>**McGarragan Law Offices**<br>Firm Name<br><br>**1004 N Main St Rockford IL 61103**<br>Address<br><br>**815 961-1111**          **800 598-0656**<br>Telephone Number<br><br>**2/28/2013**<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br><br>**Not Applicable**<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br><br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br><br>Address |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition. | X **Not Applicable**<br>Date<br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach to the appropriate official form for each person. |
| X **Not Applicable**<br>Signature of Authorized Individual<br><br><br>Printed Name of Authorized Individual<br><br><br>Title of Authorized Individual<br><br><br>Date | *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT

## Northern District of Illinois

In re   **Rosario Vera** _____        Case No. _____
                          Debtor(s)                                                (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

_Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed._

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. _Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency._

☐ 2. Within the **180 days before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. _You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed._

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. _[Summarize exigent circumstances here.]_

_____

_____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

**B 1D (Official Form 1, Exh. D) (12/09) – Cont.**

    ❏   4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

        ❏   Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

        ❏   Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

        ❏   Active military duty in a military combat zone.

    ❏   5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. ' 109(h) does not apply in this district.

      **I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **s/ Rosario Vera**
                      **Rosario Vera**

Date:  **2/28/2013**

**B6A (Official Form 6A) (12/07)**

In re:  **Rosario Vera**                                                                    Case No. _____
                    _____.                                        (If known)
                            **Debtors**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **1920 Cloverdale Way Belvidere IL 61008** | | | **$ 190,000.00** | **$ 181,883.00** |
| | **Total** ➢ | | **$ 190,000.00** | |
| | | | (Report also on Summary of Schedules.) | |

B6B (Official Form 6B) (12/07)

In re   **Rosario Vera**                                                        ,        Case No. _____
                         **Debtors**                                                        (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash** | | **10.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account** | | **100.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **furniture** | | **1,000.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Clothes** | | **1,500.00** |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **NY Life Insurance Co.** **P.O. Box 6916** **Cleveland  OH 44101-6916** **(Expected survivor benefit)** | | **50,000.00** |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

**B6B (Official Form 6B) (12/07) -- Cont.**

In re  **Rosario Vera**                                          ,        Case No. _____
                    **Debtors**                                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2002 Trail Blazer** | | **1,000.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

_____1_____  continuation sheets attached                Total  ＞       **$ 53,610.00**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

**B6C (Official Form 6C) (4/10)**

In re   **Rosario Vera**                                                      ,          Case No. _____
                                    Debtors                                                    (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                              $146,450.*
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| 1920 Cloverdale Way Belvidere IL 61008 | 735 ILCS 5/12-901 | 15,000.00 | 190,000.00 |
| 2002 Trail Blazer | 735 ILCS 5/12-1001(c) | 1,000.00 | 1,000.00 |
| Cash | 735 ILCS 5/12-1001(b) | 10.00 | 10.00 |
| Checking Account | 735 ILCS 5/12-1001(b) | 100.00 | 100.00 |
| Clothes | 735 ILCS 5/12-1001(a),(e) | 1500.00 | 1,500.00 |
| furniture | 735 ILCS 5/12-1001(b) | 1,000.00 | 1,000.00 |
| NY Life Insurance Co. P.O. Box 6916 Cleveland  OH 44101-6916 (Expected survivor benefit) | 735 ILCS 5/12-1001(f) | 50,000.00 | 50,000.00 |

* Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**B6D (Official Form 6D) (12/07)**

In re **Rosario Vera** _____ ,   Case No. _____

_____ **Debtors** _____   **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

❏   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  0030307243 <br><br> **Homeward Residential Inc.** <br> **PO Box 660029** <br> **Dallas  TX  75266-0029** | | | **Mortgage** <br> **1920 Cloverdale Way** <br> **Belvidere  IL  61008** <br><br> **VALUE $190,010.00** | | | | 181,883.00 | 0.00 |

0   continuation sheets
attached

Subtotal ➤
(Total of this page)

| $ 181,883.00 | $ 0.00 |
|---|---|

Total ➤
(Use only on last page)

| $ 181,883.00 | $ 0.00 |
|---|---|

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (4/10)

In re   **Rosario Vera** _____     Case No. _____
                              Debtors                                                   (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

❑  **Domestic Support Obligations**

   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❑  **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

❑  **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❑  **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

❑  **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

❑  **Deposits by individuals**

   Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

❑  **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❑  **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

❑  **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

   * Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>1</u>  **continuation sheets attached**

**B6E (Official Form 6E) (4/10) – Cont.**

In re  **Rosario Vera**                                                    Case No. _____
                                                                                    (If known)
                              Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | | $0.00 |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotals ► (Totals of this page) | $ 0.00 | $ 0.00 | $ 0.00 |
| Total ► (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ 0.00 | | |
| Total ► (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $ 0.00 | $ 0.00 |

B6F (Official Form 6F) (12/07)

In re   **Rosario Vera**                                         Case No. _____

                    Debtors                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **43823818425** | | | | | | | 3,501.00 |
| **ACB Recovery**<br>**PO Box 177**<br>**Cincinnati  OH  45201**<br><br>**DSNB**<br>**3515 Shadowmeadows Dr.**<br>**Houston  TX**<br>**77082** | | | **Collection** | | | | |
| ACCOUNT NO. | | | | | | | 1,397.00 |
| **Allied Interstate**<br>**3000 Corporate Exchange Dr.**<br>**5th Floor**<br>**Columbus  OH  43231**<br><br>**J C Penney Consumer**<br>**7200 Harrison Ave.**<br>**Unit 2**<br>**Rockford  IL**<br>**61112**<br><br>**LVNV Funding LLC**<br>**PO Box 10497**<br>**Greenville  SC**<br>**29603**<br><br>**Northland Group Inc.**<br>**PO Box 390846**<br>**Edina  MN 55439**<br>**Mail code SK110** | | | **Collection for acct #s:**<br>**A60573254**<br>**P51093307** | | | | |

_23_   Continuation sheets attached

Subtotal  >  $        **4,898.00**

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Rosario Vera**                                         Case No. _____

                            Debtors                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **25407098** | | | | | | | **7,239.00** |
| **ARS National Services**<br>**PO Box 463023**<br>**Escondido  CA  92046**<br><br><br>**Department Stores Natl Bank**<br>**701 E. 60th Street**<br>**Sioux Falls  SD  57104** | | | Collection | | | | |
| ACCOUNT NO.  **4564190002813086** | | | | | | | **1,934.00** |
| **Aspire**<br>**PO Box 105341**<br>**Atlanta  GA  30348**<br><br><br>**Aspire Visa**<br>**PO Box 23007**<br>**Columbus  GA  31902** | | | Collection | | | | |
| ACCOUNT NO.  **11-3416400** | | | | | | | **1,596.00** |
| **Asset Acceptance, LLC**<br>**PO Box 2036**<br>**Warren  MI  48090-2036**<br><br><br>**GEMoney Bank**<br>**PO Box 960061**<br>**Orlando  FL  32896** | | | Collection<br>Original creditor acct. #: ******2913 | | | | |
| ACCOUNT NO.  **7001191151044402** | | | | | | | **2,488.00** |
| **Best Buy**<br>**PO Box 15521**<br>**Wilmington,  DE  19850-5521** | | | Credit Card | | | | |

                    23   Continuation sheets attached

Sheet no.  1  of 23 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

                                                    Subtotal  ➤   $        **13,257.00**

                                                    Total  ➤   $

                            (Use only on last page of the completed Schedule F.)
                  (Report also on Summary of Schedules and, if applicable on the Statistical
                            Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Rosario Vera**                                    Case No. _____

                              **Debtors**                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **871109280129** | | | | | | | **542.00** |
| **BestPractices of Northwest, SC** PO Box 758682 Baltimore  MD  21275 **Afni, Inc** 1310 MLK Drive PO Box 3517 Bloomington,  IL 61702-3517 **MiraMed Revenue Group** 991 Oak Creek Dr. Lombard IL 60148-6408 | | | **Medical bills** | | | | |
| ACCOUNT NO.  **2761055** | | | | | | | **1,692.00** |
| **Blatt, Hasenmiller, Leibsker & Moore LLC** 125 South Wacker Dr.  Suite 400 Chicago,  IL 60606-4440 **Portfolio Recovery Associates, LLC** 120 Corporate Blvd., Ste. 1 Norfolk VA 23502 **Citibank** 225 West Virginia Street Crystal Lake IL  60014 **J C Penney Consumer** 7200 Harrison Ave. Unit 2 Rockford IL 61112 | | | **Collection** Ref #s:  2761055 & 2825183 **Charge Accounts** | | | | |

_____23__  Continuation sheets attached

Sheet no.  _2_ of _23_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                **2,234.00**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Rosario Vera**                                                Case No. _____

_____
Debtors                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **722840**  **Bowman, Heintz, Boscia, & Vician Attorneys at Law 8605 Broadway Merrillville IN  46410**  **General Motors Acceptance Corp. 3885 Crestwood Pkwy. NW #200 Duluth  GA  30096** | | | **Collection** | | | | 3,756.00 |
| ACCOUNT NO.  **6008892486218122**  **Capital Management Services LP 726 Exchange St.  Suite 700 Buffalo  NY  14210**  **JC Penney POBox 960090 Orlando  FL 32896**  **Allied Interstate Inc. 3000 Corporate Exchange Dr. 5th Floor Columbus  OH  43231** | | | **Collection** | | | | 1,463.00 |
| ACCOUNT NO.  **0005294472**  **CBE Group 1309 Technology Pkwy. Cedar Falls IA  50613**  **DirectTV PO Box 78626 Phoenix  AZ  85062** | | | **Collection** | | | | 168.00 |

23  Continuation sheets attached

Sheet no. _3_ of _23_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                          **5,387.00**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Rosario Vera**

Case No. _____

Debtors

(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **4266841149569400** | | | | | | | **12,208.00** |
| **Chase** **Card Member Services** **PO Box 15153** **Wilmington DE 19886-5153** **United Recovery Systems** **PO Box 722929** **Houston TX 77272** **ARS National Services** **PO Box 463023** **Escondido CA 92046** **First USA** **PO Box 15548** **Wilmington DE 19886** **First Source Advantage LLC** **205 Bryant Woods South** **Amherst NY 14228** | | | **Credit Card** | | | | |
| ACCOUNT NO.   **1002842342** | | | | | | | **9,821.00** |
| **Chrysler Financial** **PO Box 2993** **Milwaukee WI 53201** **Central Credit Services** **PO Box 15118** **Jacksonville FL 32239** **Equable Ascent Financial LLC** **1120 W. Lake Cook Rd. St.** **Buffalo Grove IL 60089** | | | **Collection** | | | | |

_23_   Continuation sheets attached

Sheet no. _4_ of _23_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   **22,029.00**

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Rosario Vera**                                          Case No. _____

_____
                    **Debtors**                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **546616013008\*\***<br>**Citibank SD,NA**<br>**PO Box 6241 Sioux Falls  SD**<br>**57117-6241** | | | **Credit Card** | | | | **1,999.00** |
| ACCOUNT NO.  **0744107033**<br>**ComEd**<br>**PO Box 6111**<br>**Carol Stream  IL  60197-6111** | | | **Utility Bill** | | | | **345.00** |
| ACCOUNT NO.  **106-0040959**<br>**Country Financial**<br>**PO Box 2100**<br>**Bloomington IL  61702**<br><br>**Wilbur Lane Law Firm**<br>**PO Box 2155**<br>**816 Eldorado Rd. Ste 7**<br>**Bloomington  IL 61702** | | | **Collection**<br>**File #'s:**<br>**474447-90**<br>**474447-101** | | | | **14,085.00** |
| ACCOUNT NO.  **00295952**<br>**Creditors' Protection Service**<br>**202 W. State Street, Ste. 300**<br>**PO Box 4115**<br>**Rockford, IL 61110-0616**<br><br>**Rockford Anesthesiologists**<br>**2202 Harlem Rd.**<br>**Suite 200**<br>**Loves Park IL  61111** | | | **Collection** | | | | **381.00** |

_____23_____  Continuation sheets attached

Sheet no. _5_ of _23_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                **16,810.00**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   __Rosario Vera_____      Case No. _____
                                            Debtors                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   394198 | | | | | | | 176.00 |
| Crusader Clinic 1200 W. State St. Rockford IL 61102 | | | Medical bill | | | | |
| ACCOUNT NO.   5294472 | | | | | | | 168.00 |
| Direct TV PO Box 78626 Phoenix, AZ 85062-8626 | | | Collection | | | | |
| Focus Receivables Management 1130 Northchase Parkway Suite 150 Marietta, GA 30067 | | | | | | | |
| ACCOUNT NO.   M78793 | | | | | | | 98.75 |
| Diversified Services Group 1824 West Grand Avenue, Suite 200 Chicago, IL 60622 | | | Collection | | | | |
| AGSO  Ronald W. Miller 3633 W. Lake Street Glenview, IL 60025 | | | | | | | |
| ACCOUNT NO.   69040674 | | | | | | | 5,335.00 |
| Enhanced Recovery Company, LLC 8014 Bayberry Rd. Jacksonville FL 32256-7412 | | | Collection | | | | |
| Nordstrom FSB PO Box 13589 Scottsdale AZ 85267 | | | | | | | |

__23__  Continuation sheets attached

Sheet no. _6_ of _23_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $        5,777.75

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Rosario Vera**                                                    Case No. _____

                                         **Debtors**                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **VERRO000** <br><br> **Family Chiropractic Health Cnt** <br> **1002 Rohlwing Rd.** <br> **Elkgrove IL  60007** <br><br><br> **ACC International** <br> **ACC Building** <br> **919 Estes Ct.** <br> **Schaumburg  IL  60193** | | | **Medical** | | | | 378.00 |
| ACCOUNT NO.  **11844006** <br><br> **First Financial Asset** <br> **PO Box 56245** <br> **Atlanta  GA  30343** <br><br><br> **HSBC Bank Nevada, N.A.** <br> **1111b N. Town Center Dr.** <br> **Las Vegas  NV  89134** | | | **Collection** | | | | 1,876.00 |
| ACCOUNT NO. <br><br> **First National Collection Bureau** <br> **610 Waltham Way** <br> **Sparks  NV  89434** <br><br><br> **Asset Acceptance LLC** <br> **PO Box 2036** <br> **Warren  MI** <br> **48090-2036** <br><br> **Providian Bank** <br> **5215 Wiley Post Way** <br> **Salt Lake City  UT** <br> **84116** | | | **Acct. #YGC-35425729** <br> **Acct #4185867758738513** | | | | 5,486.00 |

_23_  Continuation sheets attached

Sheet no. _7_ of _23_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $          **7,740.00**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Rosario Vera**                                    Case No. _____
                                                                    **(If known)**
                        **Debtors**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **4309830250039351** | | | | | | | **10,359.00** |
| **First Northern Credit Union**<br>**230 W. Monroe St.**<br>**Suite 2850**<br>**Chicago  IL  60606**<br><br>**CU Recovery Inc.**<br>**26263 Forest Blvd.**<br>**Wyoming  MN  55092** | | | **Credit Union** | | | | |
| ACCOUNT NO.   **22621228** | | | | | | | **12,208.00** |
| **Firstsource Advantage, LLC**<br>**205 Bryant Woods South**<br>**Amherst  NY  14228**<br><br>**J.P. Morgan Chase**<br>**270 Park Ave.**<br>**New York NY  10017** | | | **Collection** | | | | |
| ACCOUNT NO.   **123163271835379109** | | | | | | | **289.00** |
| **Frontier**<br>**PO Box 2951**<br>**Phoenix  AZ  85062**<br><br>**Afni Inc.**<br>**1310 Martin Luther King Dr.**<br>**PO Box 3517**<br>**Bloomington IL 61702**<br><br>**NCO Financial Systems Inc.**<br>**507 Prudential Rd.**<br>**Horsham  PA  19044** | | | **Phone bill** | | | | |

___23___  Continuation sheets attached

Sheet no. _8_ of _23_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $            **22,856.00**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Rosario Vera**                                          Case No. _____
                                    **Debtors**                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **6034 6100 4759 2913**<br><br>**GE Money Bank**<br>**PO Box 960061**<br>**Orlando  FL  32896**<br><br><br>**Leading Edge Recovery Solutions**<br>**5440 N. Cumberland Ave.**<br>**Suite 300**<br>**Chicago  IL  60656** | | | Credit Card | | | | 1,112.00 |
| ACCOUNT NO.   **TPCS-1002839-1493650**<br><br>**Gibson and Sharp**<br>**9390 Bunsen Pkwy.**<br>**Louisville  KY  40220**<br><br><br>**Auto Owners Insurance Co,**<br>**600 Tollgate Rd.**<br>**Elgin  IL  60123** | | | Collection | | | | 622.00 |
| ACCOUNT NO.   **********003**<br><br>**Heritage Credit Union**<br>**1212 Huxley St.**<br>**Madison  WI 53704** | | | Credit Union | | | | 952.00 |
| ACCOUNT NO.   **6035 3202 0904 3924**<br><br>**Home Depot Credit Services**<br>**Processing Center**<br>**Des Moines  IA  50364**<br><br><br>**Client Services Inc.**<br>**3451 Harry S. Truman Blvd.**<br>**St. Charles  MO  63301** | | | Credit Card | | | | 1,336.00 |

_23_  Continuation sheets attached

Sheet no. _9_ of _23_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                  **4,022.00**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Rosario Vera**                                    Case No. _____

_____
                        Debtors                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **5176 6900 1661 6141**<br><br>**HSBC Card Services**<br>**PO Box 17051**<br>**`Baltimore  MD 21297** | | | **Credit Card** | | | | 1,460.00 |
| ACCOUNT NO.   **5540-4550-1507-0785**<br><br>**HSBC Card Services/ Orchard Bank**<br>**PO BOx 17051**<br>**Baltimore,  MD  21297-1051**<br><br><br>**Coastal Financial, Inc.**<br>**PO Box 7371**<br>**Algonquin, IL 60102** | | | **Credit Card** | | | | 880.09 |
| ACCOUNT NO.   **7001191151044402**<br><br>**HSBC Retail Services**<br>**PO Box 17298**<br>**Baltimore  MD 21297**<br><br><br>**Stoneleigh Recovery Associates**<br>**PO Box 1479**<br>**Lombard IL  60148**<br><br>**Frontline Asset Strategies LLC**<br>**1935 West County Rd. B2**<br>**Suite 425**<br>**Roseville MN 55113-2797** | | | **Credit Card** | | | | 2,727.00 |

_23_   Continuation sheets attached

Sheet no. _10_ of _23_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

                                                     Subtotal  ➤  $        **5,067.09**


                                                     Total  ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Rosario Vera**                                                    Case No. _____

                                    Debtors                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **22416929344517** | | | | | | | **1,955.00** |
| **I.C. System, Inc.** **444 Highway 96 East** **PO Box 64887** **St. Paul MN** **Washington Mutual Payment Processing** **PO Box 660548** **Dallas  TX  75266** | | | **Collection** | | | | |
| ACCOUNT NO.   **14472137** | | | | | | | **105.00** |
| **ICS Collectio Systems** **PO Box 1010** **Tinley Park  IL  60477-9110** **Loyola Univ. Physicians Foundation** **2 Westbrook Corporate Center** **Westchester  IL  60154-5702** | | | **Collection/Medical** | | | | |
| ACCOUNT NO.   **120007496457** | | | | | | | **3,404.00** |
| **Integrity Financial Partners Inc.** **4370 W. 109th St.  Ste. 100** **Overland Park  KS  66211** **Square Two Financial** **4340 S. Monaco St.** **Denver  CO  80237** **Citibank of South Dakota** **701 E. 60th Street** **Sioux Falls  SD  57104** | | | **Collection** | | | | |

_23_  Continuation sheets attached

Sheet no. _11_ of _23_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | **5,464.00**

Total ➤ | $ |

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Rosario Vera**                                          Case No. _____
                          Debtors                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **248 603 116 01**  <br><br>**J C Penney**<br>**PO Box 960090**<br>**Orlando FL 32896** | | | **Credit Card** | | | | **653.00** |
| ACCOUNT NO.   **1505301**  <br><br>**Loyola Medicine**<br>**Loyola University Medical Center**<br>**PO Box 3266**<br>**Milwaukee WI 3266** | | | **Medical** | | | | **131.00** |
| ACCOUNT NO.   **150530100013**  <br><br>**Loyola University Health System**<br>**LUMC Patient Payments**<br>**PO Box 3021**<br>**Milwaukee WI 53201-3021** | | | **Medical**<br>**Accts: 150530100013** | | | | **809.00** |
| ACCOUNT NO.   **\*\*\*\*\*\*\*8425**  <br><br>**LTD Financial Services, L.P.**<br>**7322 Southwest Frwy, Ste. 1600**<br>**Houston, Texas 77074**<br><br><br>**DSNB**<br>**3515 Shadowmeadows Dr.**<br>**Houston TX**<br>**77082** | | | **Collection** | | | | **3,501.00** |

<u>23</u>   Continuation sheets attached

Sheet no. <u>12</u> of <u>23</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $            **5,094.00**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Rosario Vera**
_____
                    **Debtors**

Case No. _____
                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **A60573254/P51093307** | | | | | | | 1,397.00 |
| **LVNV** **3000 Corporate Exchange Dr.** **5th floor** **Columbus  OH  43231** **J C Penney Consumer** **7200 Harrison Ave.** **Unit 2** **Rockford  IL** **61112** **Northland Group Inc.** **PO Box 390846** **Edina  MN  55439** **Mail Code SK110** | | | Collection | | | | |
| ACCOUNT NO.  **4019 8114 4020 5277** | | | | | | | 6,233.00 |
| **Macys** **PO Box 183084** **Columbus  OH  43218-3084** | | | Credit Card | | | | |
| ACCOUNT NO.  **438238184252** | | | | | | | 3,501.00 |
| **Macys** **PO Box 183083** **Columbus  OH  43218** | | | Credit Card | | | | |

<u>23</u>  Continuation sheets attached

Sheet no. <u>13</u> of <u>23</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤  $ **11,131.00**

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Rosario Vera** _____     Case No. _____
                                Debtors                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **3774 8114 7167 693** <br><br> **Macys American Express** <br> **PO Box 183083** <br> **Columbus  OH  43218** <br><br><br> **Omni Credit Services of Florida, Inc..** <br> **PO Box 31179** <br> **Tampa  FL  33631** <br><br> **United Collection Bureau Inc.** <br> **5620 Southwyck Blvd.** <br> **Suite 206** <br> **Toledo,  Ohio  43614** | | | **Credit Card** | | | | **7,239.00** |
| ACCOUNT NO.   **50989801** <br><br> **Mark D. Gendleman M.D. SC** <br> **2500 Ridge Ave.  Ste. 103** <br> **Evanston  IL  60201** <br><br><br> **Transworld Systems Inc.** <br> **9525 Sweet Valley Dr.** <br> **Valley View  OH** <br> **44125** | | | **Medical bill** | | | | **75.00** |
| ACCOUNT NO.   **077634508A** <br><br> **Medco Financial Associates, Inc.** <br> **PO Box 525** <br> **Gurnee, IL 60031** <br><br><br> **Fahey Medical Center, SC** <br> **581 Golf Rd.** <br> **Des Plaines, IL 60016** | | | **Collection** | | | | **360.00** |

23   Continuation sheets attached

Sheet no. 14 of 23 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤  $         **7,674.00**

Total ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Rosario Vera**                                              Case No. _____
                    _____
                           Debtors                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **851837***********<br><br>**Midland Credit Management**<br>**8875 Arrow Dr.  Ste. 200**<br>**San Diego  CA 92123-2255**<br><br>**Citibank**<br>**225 West Virginia Street**<br>**Crystal Lake  IL  60014** | | | **Collection**<br>**Citibank, N.A. original acct. #**<br>**6035320209043924** | | | | 2,806.00 |
| ACCOUNT NO.   **100258158**<br><br>**Mutual Management**<br>**401 E State St.  2nd FL**<br>**PO Box 4777**<br>**Rockford, IL 61110**<br><br>**Swedish American Hospital MSO**<br>**2550 CharlesStreet**<br>**Rockford, IL 61108** | | | **Medical Collection** | | | | 246.00 |
| ACCOUNT NO.   **G530344**<br><br>**Mutual Management Services**<br>**401 E. State St.**<br>**2nd floor**<br>**PO Box 4777**<br>**Rockford  IL  61110**<br><br>**Swedish American Medical Group**<br>**PO Box 1567**<br>**Rockford IL  61110-0067** | | | **Collection** | | | | 549.00 |

_23_  Continuation sheets attached

Sheet no. _15_ of _23_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $          3,601.00

Total  ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Rosario Vera**                                                          Case No. _____

                                    Debtors                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **0000049994308630** | | | | | | | **2,206.00** |
| **Neiman Marcus/ HSBC** PO Box 5235 Carol Stream, IL 60197-5235 | | | Credit Card NCA Acct # 7171062 | | | | |
| **Krammer & Associates** PO Box 505 Linded, MI 48451-0505 | | | | | | | |
| **National Credit Adjusters** PO Box 3023 327 W. 4th St. Hutchinson  KS 67504-3023 | | | | | | | |
| ACCOUNT NO.  **11-3416400** | | | | | | | **1,563.00** |
| **NES OF OHIO** 29125 Solon Road Solon,  OH  44139-3422 | | | Collection | | | | |
| **Asset Acceptance LLC** PO Box 2036 Warren  MI 48090-2036 | | | | | | | |
| ACCOUNT NO.  **4147218000065965** | | | | | | | **4,732.00** |
| **Nordstrom Bank-VISA** PO Box 79137 Poenix,  AZ 85062-9137 | | | Credit Card | | | | |
| **J.C. Christensen & Associates, Inc** PO Box 519 Sauk Rapids,  MN 56379 | | | | | | | |
| **Sentry Credit, Inc.** 2809 Grand Ave. Everett,  WA 98201 | | | | | | | |

           23    Continuation sheets attached

Sheet no.  16  of  23  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

                                                                 Subtotal  ➤  $        **8,501.00**

                                                                 Total  ➤  $

                                            (Use only on last page of the completed Schedule F.)
                                 (Report also on Summary of Schedules and, if applicable on the Statistical
                                          Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Rosario Vera**                                          Case No. _____
                                    Debtors                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **F83434590** | | | | | | | **7,239.00** |
| **Northland Group Inc.**<br>**PO Box 390846**<br>**Minneapolis, MN  55439**<br><br><br>**Afni, Inc**<br>**1310 MLK Drive**<br>**PO Box 3517**<br>**Bloomington,   IL 61702-3517**<br><br>**Macy's**<br>**7200 Harrison Ave.**<br>**Rockford IL  61112**<br><br>**Department Stores National Bank**<br>**701 East 60th St.**<br>**Sioux Falls,  SD 57104**<br><br>**United Collection Bureau, Inc.**<br>**5620 Southwyck Blvd.**<br>**Suite 206**<br>**Toledo,  OH 43614** | | | **Collection**<br>**Macy's Acct #  ********8425**<br>**Additional Acct # 377481147167693** | | | | |
| ACCOUNT NO.   **68134897** | | | | | | | **7,595.00** |
| **Northwest Community Hospital**<br>**PO Box 95698**<br>**Chicago,  IL 60694-5698**<br><br><br>**MiraMed Revenue Group**<br>**991 Oak Creek Dr.**<br>**Lombard  IL**<br>**60148-6408**<br><br>**Harris & Harris, LTD**<br>**222 Merchandise Mart Plazxa**<br>**Suite 1900**<br>**Chicago IL  60654** | | | **Medical/Healthcare** | | | | |

_23_   Continuation sheets attached

Sheet no. _17_ of _23_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➤  $                **14,834.00**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Rosario Vera**                                      Case No. _____

                          **Debtors**                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **377481147167693**<br><br>**Omni Credit Services if Florida, Inc**<br>**PO Box 31179**<br>**Tampa, FL 33631** | | | **Collection** | | | | **7,239.00** |
| ACCOUNT NO.   **12-12-1215-1**<br><br>**OSF Lifeline Ambulance**<br>**318 Roxbury Rd**<br>**Rockford IL  61107-5090** | | | **Medical/Ambulance** | | | | **699.00** |
| ACCOUNT NO.   **23224149**<br><br>**OSF St. Anthony Medical Center**<br>**5510 E. State Street**<br>**Rockford IL  61108-2381**<br><br><br>**Rockford Mercantile Agency, Inc.**<br>**2502 S. Alpine Rd.**<br>**Rockford, IL 61108** | | | **Medical**<br>**Additional OSF Acct. # 20819402;**<br>**AS7419; 20819402** | | | | **372.00** |

<u>23</u>   Continuation sheets attached

Sheet no.  <u>18</u> of <u>23</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $            **8,310.00**

Total  ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Rosario Vera**
_____
Debtors

Case No. _____
(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **6008892486031160** <br><br>**Portfolio Recovery Associates LLC** <br>**PO Box 12914** <br>**Norfolk,  VA 23541** <br><br><br>**GE Capital Retail Bank/JC Penny** <br>**PO Box 965004** <br>**Orlando  FL  32896-5004** <br><br>**LVNV Funding LLC** <br>**PO Box 10497** <br>**Greenville SC  29603-0497** <br><br>**Blatt, Hasenmiller, Leibsker & Moore** <br>**125 S. Wacker Dr.** <br>**Suite 400** <br>**Chicaqgo IL  60606-4440** | | | Collection | | | | 880.00 |
| ACCOUNT NO. **RRA245633** <br><br>**Rockford  Radiology** <br>**PO Box 1790** <br>**Brookfield  WI  53008-1790** | | | Medical | | | | 142.00 |
| ACCOUNT NO. **BN7250** <br><br>**Rockford Mercantile Agency, Inc.** <br>**2502 S. Alpine Road** <br>**Rockford  IL  61108** <br><br><br>**Crusader Clinic** <br>**401 Division Street** <br>**Rockford  IL  61104** | | | Collection/Medical | | | | 176.00 |

<u>23</u>   Continuation sheets attached

Sheet no. <u>19</u> of <u>23</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ► $ | 1,198.00

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Rosario Vera**                                          Case No. _____

                              Debtors                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **11-267919**<br><br>**Rolling Meadows Fire Dept.**<br>**PO Box 457**<br>**Wheeling, IL 60090-0457** | | | **Medical** | | | | **600.00** |
| ACCOUNT NO.   **5049-9413-7539-6885**<br><br>**Sears Credit Cards**<br>**PO Box 183081**<br>**Columbus, OH 43218-3081**<br><br><br>**GS Services Limited  Partnership Collect**<br>**Po Box 3232**<br>**Houston, TX 77253** | | | **Credit Card** | | | | **507.00** |
| ACCOUNT NO.   **5121071948881267**<br><br>**Sears Master Card**<br>**PO Box 6282**<br>**Sioux Falls SD 57117-6282** | | | **Credit card** | | | | **2,917.00** |
| ACCOUNT NO.   **100258158**<br><br>**Swedish American Medical Group**<br>**PO Box 1567**<br>**Rockford, IL 61110-0067** | | | **Medical**<br>**Acct #s:100258158 and V00000784256**<br>**and 100311319** | | | | **7,282.00** |

_____23___  Continuation sheets attached

Sheet no.  _20_ of _23_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $   **11,306.00**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Rosario Vera**                                    Case No. _____

                                        **Debtors**                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **2198610/9** | | | | | | | **6,163.00** |
| **T.L. Thompson & Associates Inc.** **PO Box 496149** **Garland  TX  75049** | | | **Collection/ Secretary of State** **IL Dept Of Trans File # 201101306664** | | | | |
| **Infinity Ins. Co.** **PO Box 830807** **Birmingham  AL  35283** | | | | | | | |
| **IL Dept. of Transportation** **Accident Report Office** **1340 N. 9th Street** **Springfield IL  62766-0001** | | | | | | | |
| ACCOUNT NO.   **2488799** | | | | | | | **17.00** |
| **Take Care Health Systems** **Suite 101** **4165 30th Avenue S.** **Fargo  ND  58104-8419** | | | **Medical** | | | | |
| ACCOUNT NO.   **000055** | | | | | | | **242.00** |
| **Toraason Dental Associates LTD** **3703 West Lake Ave.** **Suite 100** **Glenview IL  60026** | | | **Dental/medical** | | | | |
| ACCOUNT NO.   **1583U-0000032804** | | | | | | | **99.00** |
| **Transworld Systems** **Regional Office** **950 Office Park Rd. #306** **West Des Moines IA** | | | **Collection** | | | | |

             23   Continuation sheets attached

Sheet no.  21  of 23 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

                                                         Subtotal  ➤  $        **6,521.00**

                                                         Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Rosario Vera**                                             Case No. _____

                                    Debtors                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **403792602029269** <br><br> **US Bank** <br> **Cardmember Services** <br> **PO Box 108** <br> **St. Louis  MO  63166-9801** | | | **Collection** | | | | 1,919.00 |
| ACCOUNT NO.   **4977856** <br><br> **Virtuoso Sourcing Group** <br> **3033 S. Parker Rd. Ste.1000** <br> **Aurora, CO  80014-2929** <br><br> **Nicor Primes Hvac** <br> **PO Box 3042** <br> **Naperville IL  60506** | | | **Collection** | | | | 175.49 |
| ACCOUNT NO.   **013414487** <br><br> **Von Maur** <br> **6565 Brady St.** <br> **Davenport  IA  52806-2054** | | | **Credit card** | | | | 233.00 |
| ACCOUNT NO.   **09-SC-112** <br><br> **Weltman, Weinberg, and Reis Co LPA** <br> **180 N. LaSalle St.  Suite 2400** <br> **Chicago  IL  60601** <br><br> **Atlantic Credit and Finance Inc.** <br> **3353 Orange Ave. NE** <br> **Roanoke  VA  24012** | | | **Judgment: 09-SC-112** <br> **Atlantic Credit and Finance, Inc. v. Carlos Vera** | | | | 1,563.00 |

_23_  Continuation sheets attached

Sheet no. _22_ of _23_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $          **3,890.49**

Total  ➢  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

**B6F (Official Form 6F) (12/07) - Cont.**

In re   **Rosario Vera**                                          Case No. _____

                                    **Debtors**                                         **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.      ******************6141 | | | | | | | 2,570.00 |
| **Weltman, Weinberg, and Reis Co.,LPA** **965 Keynote Circle** **Brooklyn Heights  OH  44131** **Midland Funding  LLC** **8875 Aero Dr.** **Suite 200** **San Diego  CA  92123** | | | Collection | | | | |

 23   Continuation sheets attached

Sheet no.  23  of  23  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

                                                    Subtotal ➤  $          2,570.00

                                                    Total ➤  $       200,172.33

                                    **(Use only on last page of the completed Schedule F.)**
                        **(Report also on Summary of Schedules and, if applicable on the Statistical**
                                **Summary of Certain Liabilities and Related Data.)**

Laura L McGarragan   6199753
**McGarragan Law Offices**
**1004 N Main St**
**Rockford IL 61103**


**815 961-1111**
Attorney for the Petitioner(s)

# UNITED STATES BANKRUPTCY COURT

## Northern District of Illinois

In Re:
Debtor:  **Rosario Vera**                              Case No:
Social Security Number:  **6210**
                                                       Chapter  **7**
Joint Debtor:
Social Security Number:                                Numbered Listing of Creditors

| Creditor name and mailing address | Category of Claim | Amount of Claim |
|---|---|---|
| 1.  **Macys American Express**<br>**PO Box 183083**<br>**Columbus  OH  43218** | **Unsecured Claims** | **$  7,239.00** |
| 2.  **ACB Recovery**<br>**PO Box 177**<br>**Cincinnati  OH  45201** | **Unsecured Claims** | **$  3,501.00** |
| 3.  **Allied Interstate**<br>**3000 Corporate Exchange Dr.**<br>**5th Floor**<br>**Columbus  OH  43231** | **Unsecured Claims** | **$  1,397.00** |
| 4.  **ARS National Services**<br>**PO Box 463023**<br>**Escondido  CA  92046** | **Unsecured Claims** | **$  7,239.00** |
| 5.  **Aspire**<br>**PO Box 105341**<br>**Atlanta  GA  30348** | **Unsecured Claims** | **$  1,934.00** |

In re:   **Rosario Vera**                                        Case No. _____

| 6 . | **Asset Acceptance, LLC**<br>**PO Box 2036**<br>**Warren  MI  48090-2036** | **Unsecured Claims** | **$  1,596.00** |
|---|---|---|---|
| 7 . | **Best Buy**<br>**PO Box 15521**<br>**Wilmington,  DE 19850-5521** | **Unsecured Claims** | **$  2,488.00** |
| 8 . | **BestPractices of Northwest, SC**<br>**PO Box 758682**<br>**Baltimore  MD  21275** | **Unsecured Claims** | **$    542.00** |
| 9 . | **Blatt, Hasenmiller, Leibsker & Moore LLC**<br>**125 South Wacker Dr.  Suite 400**<br>**Chicago, IL 60606-4440** | **Unsecured Claims** | **$  1,692.00** |
| 10 . | **Bowman, Heintz, Boscia, & Vician**<br>**Attorneys at Law**<br>**8605 Broadway**<br>**Merrillville IN  46410** | **Unsecured Claims** | **$  3,756.00** |
| 11 . | **Capital Management Services LP**<br>**726 Exchange St.  Suite 700**<br>**Buffalo  NY  14210** | **Unsecured Claims** | **$  1,463.00** |
| 12 . | **CBE Group**<br>**1309 Technology Pkwy.**<br>**Cedar Falls IA  50613** | **Unsecured Claims** | **$    168.00** |
| 13 . | **Chase**<br>**Card Member Services**<br>**PO Box 15153**<br>**Wilmington DE 19886-5153** | **Unsecured Claims** | **$ 12,208.00** |
| 14 . | **Chrysler Financial**<br>**PO Box 2993**<br>**Milwaukee  WI  53201** | **Unsecured Claims** | **$  9,821.00** |

In re:   **Rosario Vera**                                                    Case No. _____

| | | | |
|---|---|---|---|
| 15 . | **Citibank SD,NA**<br>**PO Box 6241 Sioux Falls  SD**<br>**57117-6241** | **Unsecured Claims** | **$  1,999.00** |
| 16 . | **ComEd**<br>**PO Box 6111**<br>**Carol Stream  IL  60197-6111** | **Unsecured Claims** | **$   345.00** |
| 17 . | **Country Financial**<br>**PO Box 2100**<br>**Bloomington IL  61702** | **Unsecured Claims** | **$ 14,085.00** |
| 18 . | **Creditors' Protection Service**<br>**202 W. State Street, Ste. 300**<br>**PO Box 4115**<br>**Rockford, IL 61110-0616** | **Unsecured Claims** | **$   381.00** |
| 19 . | **Crusader Clinic**<br>**1200 W. State St.**<br>**Rockford  IL  61102** | **Unsecured Claims** | **$   176.00** |
| 20 . | **Direct TV**<br>**PO Box 78626**<br>**Phoenix, AZ 85062-8626** | **Unsecured Claims** | **$   168.00** |
| 21 . | **Diversified Services Group**<br>**1824 West Grand Avenue, Suite 200**<br>**Chicago,  IL 60622** | **Unsecured Claims** | **$    98.75** |
| 22 . | **Enhanced Recovery Company, LLC**<br>**8014 Bayberry Rd.**<br>**Jacksonville  FL  32256-7412** | **Unsecured Claims** | **$  5,335.00** |
| 23 . | **Family Chiropractic Health Cnt**<br>**1002 Rohlwing Rd.**<br>**Elkgrove IL  60007** | **Unsecured Claims** | **$   378.00** |

In re:    **Rosario Vera**                                          Case No. _____

| 24. | **First Financial Asset**<br>**PO Box 56245**<br>**Atlanta  GA  30343** | **Unsecured Claims** | **$  1,876.00** |
|---|---|---|---|
| 25. | **First National Collection Bureau**<br>**610 Waltham Way**<br>**Sparks  NV  89434** | **Unsecured Claims** | **$  5,486.00** |
| 26. | **First Northern Credit Union**<br>**230 W. Monroe St.**<br>**Suite 2850**<br>**Chicago  IL  60606** | **Unsecured Claims** | **$ 10,359.00** |
| 27. | **Firstsource Advantage, LLC**<br>**205 Bryant Woods South**<br>**Amherst  NY  14228** | **Unsecured Claims** | **$ 12,208.00** |
| 28. | **Frontier**<br>**PO Box 2951**<br>**Phoenix  AZ  85062** | **Unsecured Claims** | **$    289.00** |
| 29. | **GE Money Bank**<br>**PO Box 960061**<br>**Orlando  FL  32896** | **Unsecured Claims** | **$  1,112.00** |
| 30. | **Gibson and Sharp**<br>**9390 Bunsen Pkwy.**<br>**Louisville  KY  40220** | **Unsecured Claims** | **$    622.00** |
| 31. | **Heritage Credit Union**<br>**1212 Huxley St.**<br>**Madison  WI 53704** | **Unsecured Claims** | **$    952.00** |
| 32. | **Home Depot Credit Services**<br>**Processing Center**<br>**Des Moines  IA  50364** | **Unsecured Claims** | **$  1,336.00** |

In re:   **Rosario Vera**

Case No. _____

| | | | |
|---|---|---|---|
| 33 . | **Homeward Residential Inc.**<br>**PO Box 660029**<br>**Dallas  TX  75266-0029** | **Secured Claims** | **$ 181,883.00** |
| 34 . | **HSBC Card Services**<br>**PO Box 17051**<br>**`Baltimore  MD 21297** | **Unsecured Claims** | **$ 1,460.00** |
| 35 . | **HSBC Card Services/ Orchard Bank**<br>**PO BOx 17051**<br>**Baltimore,  MD  21297-1051** | **Unsecured Claims** | **$    880.09** |
| 36 . | **HSBC Retail Services**<br>**PO Box 17298**<br>**Baltimore  MD 21297** | **Unsecured Claims** | **$  2,727.00** |
| 37 . | **I.C. System, Inc.**<br>**444 Highway 96 East**<br>**PO Box 64887**<br>**St. Paul MN** | **Unsecured Claims** | **$  1,955.00** |
| 38 . | **ICS Collectio Systems**<br>**PO Box 1010**<br>**Tinley Park  IL  60477-9110** | **Unsecured Claims** | **$    105.00** |
| 39 . | **Integrity Financial Partners Inc.**<br>**4370 W. 109th St.  Ste. 100**<br>**Overland Park  KS  66211** | **Unsecured Claims** | **$  3,404.00** |
| 40 . | **J C Penney**<br>**PO Box 960090**<br>**Orlando  FL  32896** | **Unsecured Claims** | **$    653.00** |
| 41 . | **Loyola Medicine**<br>**Loyola University Medical Center**<br>**PO Box 3266**<br>**Milwaukee  WI  3266** | **Unsecured Claims** | **$    131.00** |

In re:    **Rosario Vera**                                                                 Case No. _____

| 42. | **Loyola University Health System**<br>**LUMC Patient Payments**<br>**PO Box 3021**<br>**Milwaukee  WI  53201-3021** | **Unsecured Claims** | $   809.00 |
|---|---|---|---|
| 43. | **LTD Financial Services, L.P.**<br>**7322 Southwest Frwy, Ste. 1600**<br>**Houston,  Texas 77074** | **Unsecured Claims** | $ 3,501.00 |
| 44. | **LVNV**<br>**3000 Corporate Exchange Dr.**<br>**5th floor**<br>**Columbus  OH  43231** | **Unsecured Claims** | $ 1,397.00 |
| 45. | **Macys**<br>**PO Box 183084**<br>**Columbus  OH  43218-3084** | **Unsecured Claims** | $ 6,233.00 |
| 46. | **Macys**<br>**PO Box 183083**<br>**Columbus  OH  43218** | **Unsecured Claims** | $ 3,501.00 |
| 47. | **Mark D. Gendleman M.D. SC**<br>**2500 Ridge Ave.  Ste. 103**<br>**Evanston  IL  60201** | **Unsecured Claims** | $    75.00 |
| 48. | **Medco Financial Associates, Inc.**<br>**PO Box 525**<br>**Gurnee, IL 60031** | **Unsecured Claims** | $   360.00 |
| 49. | **Midland Credit Management**<br>**8875 Arrow Dr.  Ste. 200**<br>**San Diego  CA 92123-2255** | **Unsecured Claims** | $ 2,806.00 |
| 50. | **Mutual Management**<br>**401 E State St.  2nd FL**<br>**PO Box 4777**<br>**Rockford,  IL 61110** | **Unsecured Claims** | $   246.00 |

In re:   **Rosario Vera**                                                                 Case No. _____

| | | |
|---|---|---|
| 51. **Mutual Management Services**<br>**401 E. State St.**<br>**2nd floor**<br>**PO Box 4777**<br>**Rockford IL 61110** | **Unsecured Claims** | **$   549.00** |
| 52. **Neiman Marcus/ HSBC**<br>**PO Box 5235**<br>**Carol Stream, IL 60197-5235** | **Unsecured Claims** | **$ 2,206.00** |
| 53. **NES OF OHIO**<br>**29125 Solon Road**<br>**Solon, OH 44139-3422** | **Unsecured Claims** | **$ 1,563.00** |
| 54. **Nordstrom Bank-VISA**<br>**PO Box 79137**<br>**Poenix, AZ 85062-9137** | **Unsecured Claims** | **$ 4,732.00** |
| 55. **Northland Group Inc.**<br>**PO Box 390846**<br>**Minneapolis, MN 55439** | **Unsecured Claims** | **$ 7,239.00** |
| 56. **Northwest Community Hospital**<br>**PO Box 95698**<br>**Chicago, IL 60694-5698** | **Unsecured Claims** | **$ 7,595.00** |
| 57. **Omni Credit Services if Florida, Inc**<br>**PO Box 31179**<br>**Tampa, FL 33631** | **Unsecured Claims** | **$ 7,239.00** |
| 58. **OSF Lifeline Ambulance**<br>**318 Roxbury Rd**<br>**Rockford IL 61107-5090** | **Unsecured Claims** | **$   699.00** |
| 59. **OSF St. Anthony Medical Center**<br>**5510 E. State Street**<br>**Rockford IL 61108-2381** | **Unsecured Claims** | **$   372.00** |

In re:   **Rosario Vera**                                                   Case No. _____

| | | |
|---|---|---|
| **60 .** | **Portfolio Recovery Associates LLC**<br>**PO Box 12914**<br>**Norfolk,  VA 23541** | **Unsecured Claims** | **$    880.00** |
| **61 .** | **Rockford  Radiology**<br>**PO Box 1790**<br>**Brookfield  WI 53008-1790** | **Unsecured Claims** | **$    142.00** |
| **62 .** | **Rockford Mercantile Agency, Inc.**<br>**2502 S. Alpine Road**<br>**Rockford  IL  61108** | **Unsecured Claims** | **$    176.00** |
| **63 .** | **Rolling Meadows Fire Dept.**<br>**PO Box 457**<br>**Wheeling,  IL 60090-0457** | **Unsecured Claims** | **$    600.00** |
| **64 .** | **Sears Credit Cards**<br>**PO Box 183081**<br>**Columbus,  OH 43218-3081** | **Unsecured Claims** | **$    507.00** |
| **65 .** | **Sears Master Card**<br>**PO Box 6282**<br>**Sioux Falls SD 57117-6282** | **Unsecured Claims** | **$  2,917.00** |
| **66 .** | **Swedish American Medical Group**<br>**PO Box 1567**<br>**Rockford,  IL 61110-0067** | **Unsecured Claims** | **$  7,282.00** |
| **67 .** | **T.L. Thompson & Associates Inc.**<br>**PO Box 496149**<br>**Garland  TX  75049** | **Unsecured Claims** | **$  6,163.00** |
| **68 .** | **Take Care Health Systems**<br>**Suite 101**<br>**4165 30th Avenue S.**<br>**Fargo  ND  58104-8419** | **Unsecured Claims** | **$    17.00** |

In re:   **Rosario Vera**                                                      Case No. _____

| | | |
|---|---|---|
| **69 .** | **Toraason Dental Associates LTD**<br>**3703 West Lake Ave.**<br>**Suite 100**<br>**Glenview  IL  60026** | **Unsecured Claims** |

$   242.00

| | | |
|---|---|---|
| **70 .** | **Transworld Systems**<br>**Regional Office**<br>**950 Office Park Rd. #306**<br>**West Des Moines IA** | **Unsecured Claims** |

$    99.00

| | | |
|---|---|---|
| **71 .** | **US Bank**<br>**Cardmember Services**<br>**PO Box 108**<br>**St. Louis  MO  63166-9801** | **Unsecured Claims** |

$ 1,919.00

| | | |
|---|---|---|
| **72 .** | **Virtuoso Sourcing Group**<br>**3033 S. Parker Rd. Ste.1000**<br>**Aurora, CO  80014-2929** | **Unsecured Claims** |

$   175.49

| | | |
|---|---|---|
| **73 .** | **Von Maur**<br>**6565 Brady St.**<br>**Davenport  IA  52806-2054** | **Unsecured Claims** |

$   233.00

| | | |
|---|---|---|
| **74 .** | **Weltman, Weinberg, and Reis Co LPA**<br>**180 N. LaSalle St.  Suite 2400**<br>**Chicago  IL  60601** | **Unsecured Claims** |

$ 1,563.00

| | | |
|---|---|---|
| **75 .** | **Weltman, Weinberg, and Reis Co.,LPA**<br>**965 Keynote Circle**<br>**Brooklyn Heights  OH  44131** | **Unsecured Claims** |

$ 2,570.00

In re:   **Rosario Vera**

Case No. _____

(The penalty for making a false statement or concealing property is a fine up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. secs. 152 and 3571.)

# DECLARATION

I, **Rosario Vera**, and I, , named as debtors in this case, declare under penalty of perjury that we have read the foregoing Numbered Listing of Creditors, consisting of **9 sheets** (not including this declaration), and that it is true and correct to the best of our information and belief.

Signature:   **s/ Rosario Vera**_____

**Rosario Vera**

Dated:   **2/28/2013**_____

Signature:   **s/**_____

Dated:   **2/28/2013**_____

**B6G (Official Form 6G) (12/07)**

In re:  **Rosario Vera** _____,  Case No. _____
                                    **Debtors**                              **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

**B6H (Official Form 6H) (12/07)**

In re: **Rosario Vera**
_____.        Case No. _____
                    **Debtors**                                                    **(If known)**

# SCHEDULE H - CODEBTORS

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

B6I (Official Form 6I) (12/07)

In re **Rosario Vera** _____   Case No. _____
         **Debtors**                                (If known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: **Widowed 12-28-2012** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Retired** | |
| Name of Employer | | |
| How long employed | | |
| Address of Employer | | |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ 0.00 | $ 0.00 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 0.00 | $ 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 0.00 | $ 0.00 |
| b. Insurance | $ 0.00 | $ 0.00 |
| c. Union dues | $ 0.00 | $ 0.00 |
| d. Other (Specify) | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| 11. Social security or other government assistance (Specify) **S.S.Survivor Benefit from Carlos Vera** | $ 1,118.33 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income (Specify) | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 1,118.33 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 1,118.33 | $ 0.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 1,118.33 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document.:

**B6I (Official Form 6I) (12/07) - Cont.**

**In re**   **Rosario Vera**                                              **Case No.** _____

                               **Debtors**                                                    **(If known)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

**NONE** _____

_____

B6J (Official Form 6J) (12/07)

In re **Rosario Vera**                                          ,        Case No. _____
                                    **Debtors**                                    (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,200.00 |
| a. Are real estate taxes included?  Yes  ✓  No _____ | | |
| b. Is property insurance included?  Yes  ✓  No _____ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 115.00 |
| b. Water and sewer | $ | 20.00 |
| c. Telephone | $ | 80.00 |
| d. Other _____ | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 50.00 |
| 4. Food | $ | 150.00 |
| 5. Clothing | $ | 50.00 |
| 6. Laundry and dry cleaning | $ | 15.00 |
| 7. Medical and dental expenses | $ | 50.00 |
| 8. Transportation (not including car payments) | $ | 120.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 50.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 0.00 |
| b. Life | $ | 0.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 65.00 |
| e. Other _____ | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) _____ | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 0.00 |
| b. Other _____ | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other _____ | $ | 0.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 1,965.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $ | 1,118.33 |
| b. Average monthly expenses from Line 18 above | $ | 1,965.00 |
| c. Monthly net income (a. minus b.) | $ | -846.67 |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Rosario Vera**                                          Case No. _____
                                    Debtors
                                                               Chapter  **7**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $    0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $    0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $    0.00 |
| Student Loan Obligations (from Schedule F) | $    0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $    0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $    0.00 |
| TOTAL | $    0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $    1,118.33 |
| Average Expenses (from Schedule J, Line 18) | $    1,965.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $    0.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $    0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $    0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $    0.00 |
| 4. Total from Schedule F | | $    200,172.33 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $    200,172.33 |

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

## Northern District of Illinois

In re **Rosario Vera** _____ ,  Case No. _____

Debtors

Chapter ___7___

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 190.000.00 | | |
| B - Personal Property | YES | 2 | $ 53.610.00 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 181.883.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 24 | | $ 200.172.33 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 2 | | | $ 1.118.33 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $ 1.965.00 |
| TOTAL | | 36 | $ 243,610.00 | $ 382,055.33 | |

**B6 Declaration (Official Form 6 - Declaration) (12/07)**

In re  **Rosario Vera**

**Debtors**

Case No. _____

(If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**38**_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date:  **2/28/2013**

Signature:  **s/ Rosario Vera**

**Rosario Vera**

Debtor

Date:  **2/28/2013**

Signature:  **s/**

(Joint Debtor, if any)

[If joint case, both spouses must sign]

---

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.*

B7 (Official Form 7) (4/10)

**UNITED STATES BANKRUPTCY COURT**
**Northern District of Illinois**

In re:  **Rosario Vera**_____,        Case No. _____

                                   Debtors                                              (If known)

# STATEMENT OF FINANCIAL AFFAIRS

## 1.  Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| 11,176.00 | Income | 2010 |
| 6,017.00 | Income | 2011 |
| 3,737.00 | Income (from deceased husband Carlos Vera) | 2012 |

## 2.  Income other than from employment or operation of business

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| 13,420.00 | Social Security | 2011 |
| 13,420.00 | Social Security | 2012 |

## 3.  Payments to creditors

***Complete a. or b., as appropriate, and c.***

None
☑

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☑ b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

None ☑ c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

## 4.  Suits and administrative proceedings, executions, garnishments and attachments

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATIO | STATUS OR DISPOSITION |
|---|---|---|---|
| **Portfolio Recovery Associates LLC  v. Rosario Vera      13 SC 23** | **Collection Complaint/Summons** | **Circuit Court of Boone County 601 N. Main Street Belvidere  IL  61008** | **Pending** |

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5.  Repossessions, foreclosures and returns

None
☑

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6.  Assignments and receiverships

None
☑

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
☑

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7.  Gifts

None
☑

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8.  Losses

None
☑

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

4

## 9.  Payments related to debt counseling or bankruptcy

None    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for
☐    consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within
   **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Advisory Credit Management Inc**<br>**5769 W. Sunrise Blvd.**<br>**Plantation  FL  33313** | **2-9-2013** | **30.00** |
| **Laura McGarragan**<br>**1004 N. Main St.**<br>**Rockford  IL  61103** | **8-1-2012** | **1100.00** |

## 10.  Other transfers

None    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the
☑    debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case.
   (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint
   petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a
☑    self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR INTEREST IN PROPERTY |
|---|---|---|

## 11.  Closed financial accounts

None    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed,
☑    sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking,
   savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks,
   credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors
   filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or
   both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

5

## 12.  Safe deposit boxes

None

☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITOR | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

## 13.  Setoffs

None

☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

## 14.  Property held for another person

None

☑

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

## 15.  Prior address of debtor

None

☑

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

## 16.  Spouses and Former Spouses

None

☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

6

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
☑

a.    List  the name  and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☑

b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☑

c.    List all  judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

7

## 18. Nature, location and name of business

None ☑ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the  commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None ☑ b.      Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME _____      ADDRESS _____

* * * * * *

*[if completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date **2/28/2013**                            Signature       **s/ Rosario Vera**
                                             of Debtor       **Rosario Vera**

Date **2/28/2013**                            Signature       **s/**
                                             of Joint Debtor
                                             (if any)

B 8 (Official Form 8) (12/08)

## UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois

In re _____ **Rosario Vera** _____,   Case No. _____
Debtors   Chapter 7

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Homeward Residential Inc.** | **Describe Property Securing Debt:**<br><br>**1920 Cloverdale Way**<br>**Belvidere  IL  61008** |

Property will be *(check one)*:
    ☐ Surrendered        ☑ Retained

If retaining the property, I intend to *(check at least one)*:
    ☐ Redeem the property
    ☑ Reaffirm the debt
    ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
    ☑ Claimed as exempt        ☐ Not claimed as exempt

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br><br>**None** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES    ☐ NO |

   *0*    continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: **2/28/2013** _____

_____    **s/ Rosario Vera** _____
    **Rosario Vera**
    Signature of Debtor

**s/** _____

Signature of Joint Debtor (if any)